# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MAERSK INC.,

    Plaintiff,

-vs-                              Case No. 6:09-cv-492-Orl-18KRS

PACIFICA RATTAN,
a/k/a Pacificia Rattan,

    Defendant.

_____

## REPORT AND RECOMMENDATION

### TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR FINAL DEFAULT JUDGMENT (Doc. No. 17)** |
| **FILED:** | **September 1, 2009** |

### I.   PROCEDURAL HISTORY.

Plaintiff Maersk Inc. (Maersk) filed a complaint alleging that Defendant Pacifica Rattan a/k/a/ Pacificia Rattan (Pacifica) failed to pay for goods that Maersk transported and delivered to Pacifica or its agents in violation of the Ocean Shipping Reform Act of 1999, 46 U.S.C. § 40101 *et seq.*[1] Doc. No. 1.

---

[1] The Ocean Shipping Reform Act was previously found at 46 U.S.C. App. § 1701, *et seq.*, as alleged in the complaint.